# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff; <br><br> v. <br><br> **Approximately $7,490 in United States Currency,** seized in Kansas City, Missouri, on September 24, 2025; <br><br> Defendant. | Case No. 26- |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America brings this complaint and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit property to the United States for violations of 21 U.S.C. §§ 853 and 881.

### THE DEFENDANT IN REM

2. The defendant *in rem* is:

- Approximately $7,490 in United States Currency, seized in Kansas City, Missouri, on or about September 24, 2025.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action

for forfeiture under 18 U.S.C. § 983(e) and 28 U.S.C. § 1355(a). This Court has in rem jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. §§ 1395(a), (b), and (c).

## GROUNDS FOR FORFEITURE

5. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; or 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

6. On September 24, 2025, the U.S. Marshals arrested Jesus Trevino III on a felony warrant out of Wyandotte County, Kansas. The arrest occurred following a stop of Trevino's vehicle at or near 2811 Southwest Boulevard, Kansas City, Missouri. Trevino was the sole occupant of the vehicle, a 2018 Land Rover Discovery, at the time of the stop.

7. Law enforcement searched the vehicle following a positive K-9 alert to the presence of a controlled substance. The search located loose U.S. currency in the following denominations from the front passenger seat, center console, and inside a small purse on the front passenger seat:

2

| Denomination | Total |
|---|---|
| $100 | 41 |
| $50 | 42 |
| $20 | 62 |
| $10 | 4 |
| $5 | 2 |

8. On the front passenger floorboard, law enforcement located approximately one pound of marijuana.

9. Following *Miranda* warnings, Trevino told law enforcement that the currency located in the vehicle belonged to him and consisted of proceeds from selling marijuana, his barbershop business, and casino winnings. Trevino could not produce any paperwork confirming recent casino activity.

10. Trevino has previously been charged in the State of Kansas for misdemeanor drug possession and felony drug distribution. On February 21, 2017, Trevino was sentenced in the United States District Court for the Western District of Missouri to 63 months imprisonment for his participation in conspiracies to distribute drugs and launder drug proceeds (case number 4:15-CR-00023-BP).

**CLAIMS FOR RELIEF**

**Count One**

11. The Plaintiff repeats and incorporates by reference the paragraphs above.

12. By the foregoing and other acts, the defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: 1) money, negotiable instruments, securities and other things of value

3

furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; or 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act, and therefore, are forfeitable to the United States pursuant to Title 21, United States Code, Section 881.

## PRAYER FOR RELIEF

WHEREFORE the United States prays that the defendant properties be forfeited to the United States, that the plaintiff be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: /s/ *John Constance*
John Constance
Assistant United States Attorney

400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
E-mail: john.constance@usdoj.gov

## VERIFICATION

    I, Task Force Officer Timothy McWilliams, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint in rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, or have been reported to me by other law enforcement agents and analysts, and as to those matters I believe them to be true.

    The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a TFO of the DEA.

    I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>February 9, 2026</u>

TIMOTHY MCWILLIAMS (Affiliate)
Digitally signed by TIMOTHY MCWILLIAMS (Affiliate)
Date: 2026.02.09 10:19:34 -06'00'

Timothy McWilliams
Task Force Officer
Drug Enforment Administration